No. 64. LOCAL 357, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. Certiorari, 363 U. S. 837, to the United States Court of Appeals for the District of Columbia Circuit; No. 68. LOCAL 60, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. Certiorari, 363 U. S. 837, to the United States Court of Appeals for the Seventh Circuit; and No. 85. NATIONAL LABOR RELATIONS BOARD *v.* LOCAL 357, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA. Certiorari, 363 U. S. 837, to the United States Court of Appeals for the District of Columbia Circuit. Joint motion to redistribute time allotment and to divide subject matter for briefing and argument granted. *Solicitor General Cox* for the National Labor Relations Board. *Herbert S. Thatcher* for petitioner in No. 64 and for respondent in No. 85. *Bernard Dunau* for petitioners in No. 68.

No. 688, Misc. DANDY *v.* BANMILLER, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 630, Misc. MOORE *v.* MILLER, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *S. Eldridge Sampliner* and *Harry Alan Sherman* for petitioner. 

No. 661, Misc. TOMAIOLO *v.* ABRUZZO, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition and/or mandamus denied. *Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Jerome M. Feit* for respondent.